TUCKER ELLIS LLP
MONEE TAKLA HANNA SBN 259468
monee.hanna@tuckerellis.com
515 South Flower Street, 42nd Floor
Los Angeles, CA 90071-2223
Telephone: 213.430.3400
Facsimile: 213.430.3409

TUCKER ELLIS LLP
DUSTIN B. RAWLIN (*pro hac vice application forthcoming*)
dustin.rawlin@tuckerellis.com
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: 216.592.5000
Facsimile: 216.592.5009

Attorneys for Defendant MENTOR WORLDWIDE LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| BRITTANY BILLETTS, an individual; VIVIAN AGUIAR, an individual; ANN DELMONICO, an individual; CORNELIA DITTO, an individual; LEAH JOHNSON, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>MENTOR WORLDWIDE, LLC; NUSIL, LLC; NUSIL TECHNOLOGY LLC; and DOES 1–100, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-02079<br><br>**DEFENDANT MENTOR WORLDWIDE LLC'S NOTICE OF INTERESTED PARTIES**<br><br>Complaint Filed: February 22, 2019 |

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 7.1-1 of the Central District of California, the undersigned counsel of record for Defendant Mentor Worldwide LLC certifies that the following listed parties have a pecuniary interest in the outcome of this case:

- Mentor Worldwide LLC
- NuSil, LLC
- NuSil Technology LLC

1

- Plaintiff Brittany Billetts
- Plaintiff Vivian Aguiar
- Plaintiff Ann Delmonico
- Plaintiff Cornelia Ditto
- Plaintiff Leah Johnson

In addition, Mentor Worldwide LLC states the following:

1. Mentor Worldwide LLC is a limited liability company whose sole member is Ethicon, Inc. Ethicon, Inc. is a New Jersey Corporation wholly owned by Johnson & Johnson, which is a publicly held New Jersey corporation. Johnson & Johnson has no parent corporation and there is no publicly held corporation that owns 10% or more of Johnson & Johnson's stock.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

DATED: March 20, 2019                     TUCKER ELLIS LLP


                                By */s/ Monee Takla Hanna*
                                    Monee Takla Hanna
                                    Attorneys for Defendant MENTOR WORLDWIDE LLC

# CERTIFICATE OF SERVICE

I declare that I am a citizen of the United States and a resident of Los Angeles, California or employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Tucker Ellis LLP, 515 South Flower Street, Forty-Second Floor, Los Angeles, California 90071-2223.

On March 20, 2019, I served the following: **DEFENDANT MENTOR WORLDWIDE LLC'S NOTICE OF INTERESTED PARTIES** on the interested parties in this action by:

(X) **ELECTRONICALLY VIA ECF:** the above-entitled document to be served electronically through the United States District Court, Central District ECF website, addressed to all parties appearing on the Court's ECF service list. A copy of the "Filing Receipt" page will be maintained with the original document in our office.

(X) **BY MAIL:** By placing a true copy thereof enclosed in a sealed envelope(s) addressed as above, and placing each for collection and mailing on that date following ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service in Los Angeles, California, in a sealed envelope with postage fully prepaid.

| | |
|---|---|
| Jennifer A. Lenze, Esq.<br>Amanda D. McGee, Esq.<br>LENZE LAWYERS, PLC<br>1300 Highland Avenue, Suite 207<br>Manhattan Beach, CA 90266<br>E-Mail: jlenze@lenzelawyers.com;<br>mcgee@lenzelawyers.com | Lowell W. Finson, Esq<br>FINSON LAW FIRM<br>126 Westwind Mall<br>Marina Del Rey, CA 90292<br>E-Mail: lowellwfinson@gmail.com<br><br>*Attorneys for Plaintiffs Brittany Billetts, Vivian Aguiar, Ann Delmonico, Cornelia Ditto, and Leah Johnson* |

CERTIFICATE SERVICE

(X) I declare that I am employed in the office of the Bar of this Court at whose direction the service was made.

Executed on March 20, 2019, at Los Angeles, California.

*/s/ Monee Takla Hanna*
MONEE TAKLA HANNA
*Attorneys for Defendant*
*MENTOR WORLDWIDE LLC*

CERTIFICATE SERVICE