# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| BRITTANY BILLETTS, ET AL | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 5:19-509 CAS |
| v. | |
| MENTOR WORLDWIDE, LLC, ET AL. | ORDER RETURNING CASE FOR REASSIGNMENT |
| DEFENDANT(S). | |

IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of General Order 19-03.

March 25, 2019                                    *Christine A. Snyder*
Date                                              United States District Judge

## NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge     Philip S. Gutierrez     for all further proceedings. On all documents subsequently filed in this case, please substitute the initials     PSG     after the case number in place of the initials of the prior judge so that the case number will read   5:19-cv-00509 PSG(SPx)  . This is very important because documents are routed to the assigned judge by means of the initials.

cc:  ☐ *Previous Judge*    ☐ *Statistics Clerk*

CV-89 (03/19)                    ORDER RETURNING CASE FOR REASSIGNMENT