E-FILED 3/29/19
JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANY BILLETTS, et al., | Case No.: 5:19-cv-00509-~~CAS-SP~~ PSG (SPx) |
| Plaintiffs, | |
| v. | **[~~PROPOSED~~] ORDER ON STIPULATION TO REMAND ACTION TO STATE COURT** |
| MENTOR WORLDWIDE, LLC; NUSIL, LLC; NUSIL TECHNOLOGY LLC; and DOES 1–100, inclusive, | |
| Defendants. | Complaint Filed: February 22, 2019 |

On March 25, 2019, the Parties to the above-referenced action file a Stipulation to Remand Action to State Court. The Court having reviewed that Stipulation and good cause appearing, it is hereby ordered that this action be remanded to San Bernardino County Superior Court and that each party shall bear its own attorneys' fees and costs incurred in connection with the removal of this action to federal court and the remand.

**IT IS SO ORDERED.**

DATED: 3/28/ , 2019

PHILIP S. GUTIERREZ
United States District Court Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of March, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing.

/s/ *Monee Takla Hanna*
Monee Takla Hanna